**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**AIMEE L. WINTERS,**

        **Plaintiff**

v.                                  **CIVIL NO. 3:12-cv-116-REP**

**EQUIFAX INFORMATION SERVICES, LLC.,**

        **Defendant.**

## PLAINTIFF'S CONSENT TO MAGISTRATE JURISDICTION

      Pursuant to this Court's order of April 6, 2012 (Docket No. 8), Plaintiff hereby provides notice of her consent to magistrate jurisdiction for all purposes in this matter.

                                                    Respectfully submitted,

                                                      **AIMEE L. WINTERS**,

                                                          /s/
                                          Leonard A. Bennett, Esq.
                                          VSB #37523
                                          Attorney for Plaintiff
                                          CONSUMER LITIGATION ASSOCIATES, P.C.
                                          763 J. Clyde Morris Blvd., Suite 1-A
                                          Newport News, Virginia 23601
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          E-mail: lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2012, I will file the foregoing Plaintiff's Consent to Magistrate Jurisdiction electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John W. Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA  23230
Email: jmontgomery@jwm-law.com

                                            /s/
                                    Leonard A. Bennett, Esq.
                                    VSB #37523
                                    Attorney for Plaintiff
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    763 J. Clyde Morris Blvd., Suite 1-A
                                    Newport News, Virginia 23601
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    E-mail:  lenbennett@cox.net