IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AIMEE L. WINTERS,

        Plaintiff,

v.                                                              Civil No.: 3:12-cv-116-REP

EQUIFAX INFORMATION SERVICES, LLC,

        Defendant.

## DEFENDANT'S CONSENT TO MAGISTRATE JURISDICTION

Pursuant to this Court's order of April 6, 2012 (Docket No. 8), Defendant hereby provides notice of its consent to magistrate jurisdiction for all purposes in this matter.

        Respectfully Submitted,

        EQUIFAX INFORMATION SERVICES, LLC

        By Counsel

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Attorney for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April, 2012, I will file the foregoing electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett, Esq.
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
lenbennett@cox.net

      /s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Attorney for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com