IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



AIMEE L. WINTERS,

    Plaintiff,

v.                                        Civil Action No. 3:12cv116

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

**ORDER**

It is hereby ORDERED that, upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge David J. Novak for all purposes. It is further ORDERED that the Initial Pretrial Conference scheduled on the undersigned's docket for 10:15 a.m. April 18, 2012 is cancelled.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak.

It is so ORDERED.

                                                    /s/      REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: April 16, 2012